# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re:**
**APPLICATION OF MICHAEL WILSON &**
**PARTNERS, LIMITED FOR JUDICIAL**     Case No.  6:08-mc-64-Orl-31DAB
**ASSISTANCE PURSUANT TO 28 U.S.C.**
**§ 1782**
_____/

## ORDER

This matter comes before the Court on the Emergency Motion for Order Permitting Service of Subpoena on Resident Witness in a Foreign Country (Doc. 9), filed on an *ex parte* basis by Michael Wilson & Partners, Ltd. ("MWP"). Two attorneys for MWP were appointed Commissioners of this Court pursuant to 28 U.S.C. § 1782,[1] with the power to issue subpoenas and other appropriate process, so as to require Jean Joseph Louis Robert Schoonbrood ("Schoonbrood"), a resident of Orlando, to appear for deposition and produce documents for use in

---

[1] 28 U.S.C. § 1782 provides, in pertinent part, that

> The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made pursuant to a letter rogatory issued, or request made, by a foreign or international tribunal or upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court. By virtue of his appointment, the person appointed has power to administer any necessary oath and take the testimony or statement. The order may prescribe the practice and procedure, which may be in whole or part the practice and procedure of the foreign country or the international tribunal, for taking the testimony or statement or producing the document or other thing. To the extent that the order does not prescribe otherwise, the testimony or statement shall be taken, and the document or other thing produced, in accordance with the Federal Rules of Civil Procedure.

judicial proceedings before the High Court of Justice in England, a related arbitration, and in judicial proceedings in the Supreme Court of New South Wales, Australia. (Doc. 7). Having tried unsuccessfully to serve Schoonbrood in Orlando, MWP's counsel has been informed that Schoonbrood is staying in Curacao, at least temporarily. MWP seeks authority to serve a subpoena upon Schoonbrood in that country (or whatever foreign country in which he may eventually be found) pursuant to 28 U.S.C. § 1783, which provides:

> A court of the United States may order the issuance of a subpoena requiring the appearance as a witness before it, **or before a person or body designated by it**, of a national or resident of the United States who is in a foreign country, or requiring the production of a specified document or other thing by him, if the court finds that particular testimony or the production of the document or other thing by him is necessary in the interest of justice, and, in other than a criminal action or proceeding, if the court finds, in addition, that it is not possible to obtain his testimony in admissible form without his personal appearance or to obtain the production of the document or other thing in any other manner.

28 U.S.C. § 1783(a) (emphasis added).

After a review of the papers accompanying the motion, the Court concludes that MWP has made a prima facie showing that Schoonbrood's testimony and document production are necessary in the interest of justice and that it is not possible to obtain them in any other manner. Given the *ex parte* character of this motion, Schoonbrood will be given the opportunity to challenge this showing before this Court. Accordingly, it is hereby

**ORDERED** that the Emergency Motion for Order Permitting Service of Subpoena on Resident Witness in a Foreign Country (Doc. 9) is **GRANTED**, and Tucker H. Byrd of the firm of Greenberg Traurig, P.A. and Joseph L. Ruby of the law firm of Baach Robinson & Lewis PLLC, previously appointed Commissioners of this Court, are authorized under 28 U.S.C. § 1783 to serve

a subpoena on Jean Joseph Louis Robert Schoonbrood in Curacao or in whatever foreign country he may be located.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 17, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party